**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gerry Lee McCOY, Defendant–Appellant.**

No. 02–6442.

United States Court of Appeals, Fourth Circuit.

Submitted July 11, 2002.

Decided Aug. 26, 2002.

Gerry Lee McCoy, Appellant Pro Se. Fernando Groene, Office of The United States Attorney, Norfolk, Virginia, for Appellee.

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Remanded by unpublished PER CURIAM opinion.

**OPINION**

PER CURIAM.

The notice of appeal in this case was received in the district court after expiration of the appeal period. Under *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101

L.Ed.2d 245 (1988), the notice is considered filed as of the date Appellant delivered it to prison officials for forwarding to the court. Because Appellant alleges that he timely delivered his notice of appeal to prison authorities, we remand the case for the district court to deter-mine the timeliness of the filing under *Houston v. Lack.* The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*